UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANMINA CORPORATION,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>DIALIGHT PLC,<br><br>                    Defendant. | 19 Civ. 11710 (KPF) |
| DIALIGHT PLC,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>SANMINA CORPORATION,<br><br>                    Defendant. | 19 Civ. 11712 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On October 13, 2021, the Court granted the motion of Dialight PLC ("Dialight") for request for international judicial assistance pursuant to 28 U.S.C. § 1781 and Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, T.I.A.S. No. 7444, 23 U.S.T. 2555.  (19 Civ. 11710, Dkt. #62).  The purpose of the request was to "compel[ ] deposition testimony from non-party Patrick Macdonald."  (19 Civ. 11710, Dkt. #60 at 1).  On July 20, 2022, however, Dialight reported to the Court that Mr. Macdonald is no longer located in Scotland and thus the request for judicial assistance is now moot.  Accordingly, the Court hereby WITHDRAWS the request for judicial assistance.

The Court appreciates the assistance of the Scottish Central Authority & International Law Team in this matter.

SO ORDERED.

Dated:  August 5, 2022
        New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge