**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SANMINA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>DIALIGHT PLC,<br><br>Defendant. | 1:19-cv-11710-KPF<br><br>Related Case No.:<br>1:19-cv-11712-KPF |

**NOTICE OF STIPULATION FOR ENTRY OF JUDGMENT**

Joseph A. Gershman
RICH, INTELISANO & KATZ, LLP
183 Madison Avenue, Suite 1601
New York, NY 10016
(212) 684-0300

Michael C. Lieb (admitted pro hac vice)
Zoe Vallier (admitted pro hac vice)
Jacqueline McGuinness (admitted pro hac vice)
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
(310) 273-6333

*Attorneys for Plaintiff Sanmina Corporation*

Filed herewith under seal is a fully executed Stipulation for Entry of Judgment and Conditional Covenant Not to Execute ("Stipulation"), jointly submitted by the Parties in accordance with Section 1.9(a) thereof. Exhibit A to the Stipulation is the proposed Stipulated Judgment, which, per the Stipulation, the parties agree may be entered by the Court as the complete final judgment in the two related matters consolidated for trial. The Stipulated Judgment is also being submitted to Chambers in Word form, and per the terms of the Stipulation (Section 1.1), the Parties have agreed to execute any other documents, including declarations, that the Court may require for entry of the Stipulated Judgment.

Dated April 1, 2025

ERVIN COHEN & JESSUP LLP
and
RICH, INTELISANO & KATZ, LLP

By: */s/ Michael C. Lieb*

Michael C. Lieb (mlieb@ecjlaw.com)
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
(310) 273-6333

*Attorneys for Plaintiff Sanmina Corporation*

DATED: April 1, 2025

MINTZ LEVIN COHEN FERRIS GLOVSKY AND POPEO, P.C.

By: */s/ Daniel J. Herling*

Daniel J. Herling (DJHerling@mintz.com)
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
(415) 432-6000

*Attorneys for Dialight plc*