UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANMINA CORPORATION,<br><br>                    Plaintiff,<br><br>vs.<br><br>DIALIGHT PLC,<br><br>                    Defendant. | 1:19-cv-11710-KPF<br><br>Related Case No.:<br>1:19-cv-11712-KPF |

## JUDGMENT ON JURY VERDICT

Following trial by jury, and on the basis of the jury's verdict and the post-verdict stipulation of the parties, judgment is hereby entered in these related matters consolidated for trial in favor of Sanmina Corporation and against Dialight plc in the sum of **$21,980,444.70.** Post-judgment interest shall accrue on the foregoing sum at the legal rate commencing April 1, 2025.

DATED:   April 4, 2025
         New York, New York

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE