**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---x

**SANMINA CORPORATION,**

**Plaintiff,**

**-against-**

**DIALIGHT PLC,**

**Defendant.**

---x

**Case No.: 1:19-cv-11710-KPF**

**Related Case No.:**
**Case No. 1:19-cv-11712-KPF**

**NOTICE OF SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on the 31st day of March, 2025 in favor of Sanmina Corporation ("Sanmina") and against Dialight PLC ("Dialight") in the amount of $21,980,444.70 (the "Sanmina Judgment");

WHEREAS, on March 27, 2025, Sanmina and Dialight entered into a Stipulation for Entry of Judgment and Conditional Covenant Not to Execute (the "Stipulation") wherein the parties agreed not to execute on the Sanmina Judgment provided Dialight fully complied with the terms of the Stipulation;

WHEREAS,Dialight fully complied with the terms of the Stipulation as of December 16, 2025; and

WHEREAS, Dialight having complied with the terms of the Stipulation, the Sanmina Judgment has thereby been fully satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall;

THEREFORE, full and complete satisfaction of the Sanmina Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
December 19, 2025

**LAX, NEVILLE & INTELISANO, LLP**

By: ______________________

Joseph A. Gershman
350 5th Ave, Suite 4640
New York, New York 10018
(212) 696-1999
jgershman@laxneville.com
*Attorneys for Plaintiff*

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

On the 19th day of December, 2025 before me personally came Joseph Gershman to me known and known to be a member of the firm of Lax, Neville & Intelisano, LLP, attorneys for Plaintiff Sanmina Corporation in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

______________________
Notary Public

MARISSA HANNA COHEN
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in NEW YORK County
02CO0021425
MY COMMISSION EXPIRES 02/23/2028